

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Navtej Singh Gill | **Civil Action No.** 26-cv-01891-LL-MMP |
| **Plaintiff,** | |
| V. | |
| See attached | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Petitioner's Petition for Writ of Habeas Corpus, and orders Respondents to immediately release Petitioner from custodysubject only to the conditions of his preexisting parole.

**Date:**       4/21/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 26-cv-01891-LL-MMP

Warden, Imperial Regional Adult Detention Facility; Field Office Director, San Diego Field Office; Kristi Noem, Secretary of the U.S. Department of Homeland Security; Pam Bondi, Attorney General of the United States